(Reap. Dec. 9594)

INTERNATIONAL TILE CO. *v.* UNITED STATES

Entry No. 779584 1/2

(Decided February 11, 1960)

Plaintiff not represented by counsel.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

MOLLISON, Judge: The above-enumerated appeal for reappraisement has been submitted for decision upon stipulation of the parties or their representatives, on the basis of which I find that export value, as defined in section 402(b), as amended by the Customs Simplification Act of 1956, is the proper basis for the determination of the value of the glazed wall tiles involved, and that such value is the invoiced unit price of United States $0.01 for each tile, packed, as to the tiles invoiced as follows:

| | |
|---|---|
| 501–1200 | 100,800 pcs. |
| 1201–1250 | 7,200 " |
| 1251–1300 | 7,200 " |
| 1401–1500 | 14,400 " |

Judgment will issue accordingly.